IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 JUL -7 PM 4:41

SWAN TRANSPORTATION COMPANY, )
ET AL., )
)
       Plaintiffs, )
) Civil Action No. 05-111-KAJ
v. )
)
OFFICIAL TORT CLAIMANTS )
COMMITTEE, )
)
       Defendant. )

### ORDER

At Wilmington, Delaware this 7th day of July, 2005,

IT IS HEREBY ORDERED that counsel shall submit a status report to the Court by July 18, 2005.

_____
UNITED STATES DISTRICT JUDGE