IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SWAN TRANSPORTATION COMPANY, )
ET AL., )
)
      Plaintiffs, )
) Civil Action No. 05-111-KAJ
  v. )
)
OFFICIAL TORT CLAIMANTS )
COMMITTEE, )
)
      Defendant. )

## ORDER

At Wilmington this 14th day of December, 2006,

IT IS HEREBY ORDERED that counsel shall submit a status report to the Court on or before December 20, 2006.

_____
UNITED STATES DISTRICT JUDGE