IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SWAN TRANSPORTATION COMPANY, ET AL.,

        Plaintiffs,

v.

OFFICIAL TORT CLAIMANTS COMMITTEE,

        Defendant.

Civil Action No. 05-111-KAJ

## ORDER

At Wilmington this 14th day of December, 2006,

IT IS HEREBY ORDERED that counsel shall submit a status report to the Court on or before December 20, 2006.

_____
UNITED STATES DISTRICT JUDGE