## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SWAN TRANSPORTATION COMPANY, ET AL., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )   Civil Action No. 05-111-KAJ |
| OFFICIAL TORT CLAIMANTS COMMITTEE, | ) ) ) ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing documents was made on December 19, 2006 upon:

Jennifer Kelleher, Esquire
Ballard Spahr Andrews & Ingersoll
919 Market Street, 12th Floor
Wilmington, DE 19801
(Hand Delivery)


Under penalty of perjury, I declare the foregoing is true and correct.

Dated:        December 19, 2006          /s/  Heidi E. Sasso
                                          Heidi E. Sasso

58814