IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SWAN TRANSPORTATION CO., et al. | : |
|     Plaintiffs | : |
| v. | : Civil Action No. 05-111 GMS |
| OFFICIAL TORT CLAIMANTS COMMITTEE | : |
| | : |
|     Defendant | : |

## **ORDER**

IT IS HEREBY ORDERED this 31ST day of July, 2008:

The parties are directed to submit a status report regarding the above-captioned case no later than August 14, 2008.

                                                      /s/
                                        GREGORY M. SLEET
                                        Chief, United States District Judge