IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SWAN TRANSPORTATION COMPANY, ET AL., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-111-KAJ |
| OFFICIAL TORT CLAIMANTS COMMITTEE, | ) ) ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Lorraine Diaz, certify that I am not less than 18 years of age, and that service of the foregoing documents was made on August 14, 2008 upon:

Jennifer Kelleher, Esquire
Ballard Spahr Andrews & Ingersoll
919 Market Street, 12th Floor
Wilmington, DE 19801
(Hand Delivery)

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: August 14, 2008

Lorraine Diaz