IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: Swan Transportation Company | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-00111-GMS |

CERTIFICATE OF SERVICE

    I, Shelley A. Losito, certify that I am not less than 18 years of age, and that I caused service of the foregoing documents to be made on July 15, 2009 upon the following party in the manner indicated:

VIA HAND DELIVERY
Jennifer Kelleher, Esquire
Ballard Spahr Andrews & Ingersoll
919 Market Street, 12th Floor
Wilmington, DE 19801

    Under penalty of perjury, I declare the foregoing is true and correct.

Dated: July 15, 2009     /s/ Shelley A. Losito
                                         Shelley A. Losito

#71852v1