**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: Swan Transportation Company | ) | Civil Action No. 05-00111-GMS |

**CERTIFICATE OF SERVICE**

I, Shelley A. Losito, certify that I am not less than 18 years of age, and that I caused service of the foregoing documents to be made on November 1, 2010 upon the following party in the manner indicated:

VIA HAND DELIVERY
Jennifer Kelleher, Esquire
Ballard Spahr Andrews & Ingersoll
919 Market Street, 12th Floor
Wilmington, DE 19801

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: November 1, 2010

*/s/ Shelley A. Losito*
Shelley A. Losito