IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SWAN TRANSPORTATION CO., et al. | : | |
| | : | |
| Plaintiffs. | : | Civil Action No. 05-111 GMS |
| | : | |
| v. | : | |
| | : | |
| OFFICIAL TORT CLAIMANTS COMMITTEE | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

**MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT**

Swan Asbestos and Silica Settlement Trust and Reorganized Swan Transportation Company ("Swan"), by and through its undersigned proposed substitution counsel, hereby files this Motion (the "Motion") for the entry of an order extending the time by which Swan may file a status report in above-captioned proceeding. In support of the Motion, Swan states as follows:

1. Swan's deadline to submit a status report, pursuant to this Court's order dated November 17, 2011 [Docket No. 15], is December 19, 2011.

2. Swan is currently in the process of substituting its current counsel, Stutzman Bromberg Esserman & Plifka, a Professional Corporation and Monzack Mersky McLaughlin & Browder, P.A. with Womble Carlyle Sandridge & Rice, LLP ("WCSR") and Bilzin Sumberg Baena Price & Axelrod ("Bilzin").

3. Swan respectfully requests an additional two (2) weeks by which Swan shall file its status report so that the WCSR and Bilzin are able to substitute in as counsel and assess the current status of this matter.

WHEREFORE, for the foregoing reasons, Swan requests that the Court: (i) grant Swan an additional two (2) weeks, through and including January 3, 2012, to submit a status report in the above-captioned proceeding (ii) such other and further relief as the Court deems just and proper.

Dated:  December 19, 2011	**WOMBLE CARLYLE SANDRIDGE & RICE, LLP**

/s/ Francis A. Monaco, Jr.
Francis A. Monaco, Jr. (DE  Bar No. 2078)
Thomas M. Horan (DE Bar No. 4641)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
E-mail:fmonaco@wcsr.com
E-mail: thoran@wcsr.com

-and-

**BILZIN SUMBERG BAENA PRICE & AXELROD**

Scott L. Baena
Florida Bar No. 186445
200 South Biscayne Blvd.
Suite 2500
Miami, Florida 33131
Telephone:  (305) 350-2403
Telecopier:  (305) 351-2203