# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SWAN TRANSPORTATION CO., et al. | : | |
| | : | |
| Plaintiffs. | : | Civil Action No. 05-111 GMS |
| | : | |
| v. | : | |
| | : | |
| OFFICIAL TORT CLAIMANTS COMMITTEE | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT

Swan Asbestos and Silica Settlement Trust and Reorganized Swan Transportation Company ("Swan") having filed a Motion for Extension of Time to File a Status Report (the "Motion") and the Motion having been filed or served and the Court finding cause to grant the Motion.

IT IS HEREBY ORDERED that the Motion is hereby APPROVED.

IT IS HEREBY FURTHER ORDERED that deadline for Swan to file its status report shall be and hereby is extended through and including January 3, 2012.

Motion Granted.

BY THE COURT:

Dated: _____     _____
  The Honorable Gregory M. Sleet
  Chief, United States District Judge

WCSR  7069508v3