IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SWAN TRANSPORTATION CO., et al. | : |
| Plaintiffs. | : Civil Action No. 05-111 GMS |
| v. | : |
| OFFICIAL TORT CLAIMANTS COMMITTEE | : |
| Defendant. | : |

**ORDER GRANTING MOTION FOR EXTENSION
OF TIME TO FILE STATUS REPORT**

Swan Asbestos and Silica Settlement Trust and Reorganized Swan Transportation Company ("Swan") having filed a Motion for Extension of Time to File a Status Report (the "Motion") and the Motion having been filed or served and the Court finding cause to grant the Motion.

IT IS HEREBY ORDERED that the Motion is hereby APPROVED.

IT IS HEREBY FURTHER ORDERED that deadline for Swan to file its status report shall be and hereby is extended through and including January 3, 2012.

Motion Granted.

Dated: Dec 27, 2011

BY THE COURT

The Honorable Gregory M. Sleet
Chief, United States District Judge

WCSR 7069508v3