## CERTIFICATE OF SERVICE

      I, Francis A. Monaco, Jr., certify that I am not less than 18 years of age, and that service of the foregoing document was made on January 4, 2012 upon:

US Mail

> Jennifer Kelleher, Esquire
> Ballard Spahr Andrews & Ingersoll, LLP
> 919 Market Street, 17th Floor
> Wilmington, DE  19801

      Under penalty of perjury, I declare that the foregoing is true and correct.

| | |
|---|---|
| 1/4/2012 | /s/ Francis A. Monaco, Jr. |
| Date | Francis A. Monaco, Jr. |

WCSR  4491948v1