IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SWAN TRANSPORTATION CO., et al. | : |
| Plaintiffs | : |
| v. | : Civil Action No. 05-111 GMS |
| OFFICIAL TORT CLAIMANTS COMMITTEE | : |
| | : |
| Defendant | : |

## ORDER

IT IS HEREBY ORDERED this 12th day of December, 2012:

The parties are directed to submit a status report regarding the above-captioned case no later than January 14, 2013.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE