IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SWAN TRANSPORTATION CO., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>OFFICIAL TORT CLAIMANTS COMMITTEE, )<br>)<br>Defendant. )<br>) | C.A. No. 05-cv-111 (GMS) |

### ORDER

WHEREAS, on February 23, 2005, the court received an Order Partially Withdrawing Reference 01-11690 as well as a designated record of the bankruptcy withdrawal (D.I. 1; D.I. 2);

WHEREAS, on July 7, 2005, the court entered an Order setting deadlines and requesting a Status Report from the parties by July 18, 2005 (D.I. 4);

WHEREAS, on July 18, 2005, the Swan Asbestos and Silica Settlement Trust (the "Trust") and Reorganized Swan filed a Status Report with the court (D.I. 5), describing the process through which Swan Transportation Company filed a voluntary petition for chapter 11, detailing the nature and stage of the bankruptcy reorganization, and explaining approved and/or planned settlement agreements between the Debtor and insurance carries and others;

WHEREAS, the Trust and Reorganized Swan asked, in their July 18, 2005 Status Report, that the court keep the above-captioned action "open to partially withdraw the reference to modify the Channeling Injunction (Settling Insurers) to include Federal Insurance Company as a Settling Insurer" (*id.* at 6);

WHEREAS, the court, due to inactivity in the case, requested that the parties submit a Status Report on December 14, 2006 (D.I. 6), July 31, 2008 (D.I. 9), June 23, 2009 (D.I. 11), October 13, 2010 (D.I. 13), and November 17, 2011 (D.I. 15);

WHEREAS, in response to each of the court's Status Report requests, the parties filed individual Status Reports detailing the state and nature of the proceedings and "recommend[ing]" that the court leave this action open if "appropriate" (*id.*);

WHEREAS, on December 12, 2012, the court issued an Order requiring the parties to file a Status Report "no later than January 14, 2013" (D.I. 19);

WHEREAS, the parties have failed to submit a Status Report as requested and there has been no activity in this action since the parties submitted their January 4, 2012 Status Report;

IT IS HEREBY ORDERED that the Clerk of Court is directed to CLOSE this case.

Date: January 16, 2013

_____
CHIEF, UNITED STATES DISTRICT JUDGE